# U S Bureau of Land Management
# United States District Court
# Violation Notice

**CVB Location Code:** CA 26

**Violation No:** L 0159895
**Officer Name (Print):** R. Hopkins
**Officer No:** 266

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense:** 10/22/10 10:00 AM
**Offense Charged:** CFR 43CFR8365.1-2(A)
**Place of Offense:** Keysville south

**Offense Description:** Camp longer than time limit. (14 day limit)

### DEFENDANT INFORMATION
**Last Name:** GORDON
**First Name:** MICHAEL

**Tag No:** NONE

- [ ] A. IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT
- [x] B. IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT

$50.00 Forfeiture Amount
+ $25 Processing Fee
**PAY THIS AMOUNT →** $75.00 Total Collateral Due

**Defendant Signature:** Michael Gordon

BLM Form 9260-9 (December 2005)

---

## STATEMENT OF PROBABLE CAUSE
(for issuance of an arrest warrant or summons)

I state that on Oct 22, 2010 while exercising my duties as a law enforcement officer in the EASTERN District of CALIFORNIA

AT 0900 HRS ON 10/22/10 I RECEIVED A REPORT FROM BLM KEYSVILLE MAINTENANCE MAN JERRY STEWART OF A SUBJECT THAT HAD EXCEEDED THE 14 DAY LIMIT IN KEYSVILLE SOUTH. I LOCATED THE CAMP THAT HAD BEEN REPORTED AND CONTACTED GORDON WHO WAS IN HIS TENT. GORDON TOLD ME THAT HE HAD BEEN AT HIS PRESENT LOCATION FOR FIVE DAYS. I HAD J. STEWART RESPOND TO MY LOCATION. STEWART CONFIRMED THAT GORDON'S TENT HAD BEEN IT ITS PRESENT LOCATION FOR OVER 3 WEEKS. GORDON TOLD ME HIS TENT HAD BEEN THERE FOR 3 WEEKS BUT HE HAD STAYED WITH FRIENDS IN KERNVILLE FOR PART OF THAT TIME. GORDON WAS UNABLE TO TELL ME WHERE IN KERNVILLE HE HAD STAYED. A DMV CHECK REVEALED THAT GORDON HAD 3 NO BAIL WARRANTS OUT OF KERN COUNTY. GORDON WAS TAKEN INTO CUSTODY BY SHERIFFS DEPUTIES UPON THEIR ARRIVAL.

The foregoing statement is based upon
- [x] my personal observation
- [x] my personal investigation
- [ ] information supplied to me from my fellow officer's observation
- [ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

**Executed on:** 10/22/10
**Officer's Signature:** Reid Hopkins #266

Probable cause has been stated for the issuance of a warrant

**Executed on:** _____ U S Magistrate Judge

CVB Scan 11/13/10 10 54 31