UNITED STATES DISTRICT COURT

*for the*

EASTERN DISTRICT OF CALIFORNIA

United States of America

Vs.

*Michael Gardon*
(Defendants Name)

Case No. 5:11cr-0001

## CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The Magistrate Judge has informed me of my right to the assistance of legal counsel.

The Magistrate Judge has informed me of my right to trial, judgment and sentencing before a United States District Judge.

The Magistrate Judge has also advised me of my right to have at least thirty days to prepare for trial.

I HEREBY: Waive (give up) my right to trial, judgment and sentencing before a United States District Judge, and I consent to trial, judgment and sentencing before a United States Magistrate Judge.

Date: 1/4/11

_Michael Gardon_
Defendant Signature

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
Social Security Number

_[signature]_
Defendant's Attorney

**BEFORE: *JENNIFER L. THURSTON***
***U.S. Magistrate Judge***

____ Petty Offense

__X__ Misdemeanor