1 | DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 | FRANCINE ZEPEDA, Bar #91175
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MICHAEL GORDON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.: 5:11-cr-00001 JLT |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **REQUEST FOR JURY TRIAL** |
| v. | ) | |
| | ) | |
| MICHAEL GORDON, | ) | Date: |
| | ) | Time: |
| Defendant. | ) | Judge: Hon. Jennifer L. Thurston |
| | ) | |

Defendant, MICHAEL GORDON, through his attorney, Assistant Federal Defender, FRANCINE ZEPEDA, hereby requests a jury trial.

                                                                   DANIEL J. BRODERICK
                                                                   Federal Defender

DATED: January 14, 2011                  By  /s/ Francine Zepeda
                                                                   FRANCINE ZEPEDA
                                                                   Assistant Federal Defender
                                                                   Attorney for Defendant
                                                                   Michael Gordon