```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  BRIAN W. ENOS
    Assistant U.S. Attorney
 3  YASHAR NILCHIAN
    Special Assistant U.S. Attorney
 4  MISDEMEANOR UNIT
    2500 Tulare Street, Suite 4401
 5  Fresno, CA 93721
    Telephone: (559)497-4000
 6

 7

 8                IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )  CASE NO.: 5:11-CR-00001-JLT
                                 )
12              Plaintiff,       )  CITATION NO. L0159895 (CA/26)
                                 )
13       v.                      )  MOTION AND ORDER FOR DISMISSAL
                                 )  OF CITATION
14  MICHAEL GORDON               )
                                 )
15              Defendant.       )
                                 )
16

17       The United States of America, by and through Benjamin B. Wagner,

18  United States Attorney, and Yashar Nilchian, Special Assistant United

19  States Attorney, hereby moves to dismiss the Citation #L0159895

20  against Michael Gordon without prejudice in the interest of justice,

21  pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

22  Dated: February 28, 2011          BENJAMIN B. WAGNER
                                      United States Attorney
23

24
                                  By :   /s/ Yashar Nilchian
25                                       Yashar Nilchian
                                         Special Assistant U.S. Attorney
26

27

28

                                   1
```

O R D E R

   IT IS HEREBY ORDERED that the Citation #L0159895, set for a telephonic trial confirmation hearing on April 5, 2011, against Michael Gordon be dismissed, without prejudice, in the interest of justice.

Dated: March ____, 2011

_____
HON. JENNIFER L. THURSTON
United States Magistrate Judge