1  BENJAMIN B. WAGNER
   United States Attorney
2  BRIAN W. ENOS
   Assistant U.S. Attorney
3  YASHAR NILCHIAN
   Special Assistant U.S. Attorney
4  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
5  Fresno, CA 93721
   Telephone: (559)497-4000
6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,       )  CASE NO.: 5:11-CR-00001-JLT
                                   )
12              Plaintiff,         )  CITATION NO. L0159895 (CA/26)
                                   )
13 v.                              )  MOTION AND ORDER FOR DISMISSAL
                                   )  OF CITATION
14 MICHAEL GORDON                  )
                                   )
15              Defendant.         )
                                   )
16

17      The United States of America, by and through Benjamin B. Wagner,

18 United States Attorney, and Yashar Nilchian, Special Assistant United

19 States Attorney, hereby moves to dismiss the Citation #L0159895

20 against Michael Gordon without prejudice in the interest of justice,

21 pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

22 Dated: February 28, 2011          BENJAMIN B. WAGNER
                                     United States Attorney
23

24
                                By :  /s/ Yashar Nilchian
25                                    Yashar Nilchian
                                      Special Assistant U.S. Attorney
26

27

28


                                 1

1

O R D E R

2     IT IS HEREBY ORDERED that the Citation #L0159895 in the above

3 case number against Michael Gordon is DISMISSED without prejudice and

4 the telephonic trial confirmation hearing set on April 5, 2011 is

5 VACATED.

6

7 IT IS SO ORDERED.

8 Dated:   **March 1, 2011**                          **/s/ Jennifer L. Thurston**
                                              UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28